# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2026 MAR 11 P 12:08
CLERK OF COURT

(Full name of plaintiff(s))

SharOnn Jackson

v.

(Full name of defendant(s))

Jametrice Abney

Case Number:

26-C 397

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __WISCONSIN__ and resides at
(State)
__7175 N 42nd Street__
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Jametrice Abney__
(Name)

Complaint – 1

is (if a person or private corporation) a citizen of __WISCONSIN__
(State, if known)

and (if a person) resides at __8615 W Douglas__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __United States Postal Service__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Jametrice A. has been threathing me (Sharon) since 2024. On Aug 20, 2024 Jametrice got in my face and poked me in the head and using a verbally abusive statements and tell me how she was going to do something to me. I informed management but nothing was done. On August 22, 2024 Jametrice pushed me and I informed our union of her behaviors but nothing was done. In Feb 2025 I placed a complaint for hostal work enviroment but the hireups did nothing but sweep it under the rug. Then →

Complaint – 2

2 weeks later Jametrice had pushed another employee and had him fired for her lies. In Nov 2025 & Dec 2025 I Sha'Ronn put in more 1767@ work which is our complaint forms the hire up are suppose to fix the problems but they always lie and say they gone do something so it doesn't continue but nothing done. Jan 29th 2026 Jametrice ~~decided~~ decided to yell aggressive & hit (me) Sha'Ronn in the forehead and when Tia (manager) attempted to stop her she kept coming @ me. At that point I'm terrified and fear for my safety and my life. I'm ~~also~~ scared to be around her. I have now lost weight, sleep, and have shut totally down due to her actions. Feb 11, 2025 I filed @ the state court for a Restraing order and a TRO was granted, but it was dismissed due to us both being ~~that~~ Federal workers.

→

Complaint – 3

Case 2:26-cv-00397-JPS   Filed 03/11/26   Page 3 of 5   Document 1

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like a restraining order stayed in place

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☐ – YES        ☑ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __11__ day of __March__, 20__26__.

Respectfully Submitted,

_S. Jackson_
Signature of Plaintiff

_414 460-4039_
Plaintiff's Telephone Number

_sharonn278@gmail.com_
Plaintiff's Email Address

_Milw WI 53209_
_7175 N 42nd Street._
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5